Date signed June 30, 2010



PAUL MANNES
U. S. BANKRUPTCY JUDGE

### UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF MARYLAND
### at Greenbelt

| | |
|---|---|
| IN RE: : | |
| : | |
| PEGGY J. HILL : | Case No. 10-20750PM |
| : | Chapter 7 |
| Debtor : | |

### MEMORANDUM OF DECISION

Before the court is the Debtor's Motion to Dismiss this bankruptcy case filed under Chapter 7. While the Motion states that Debtor is not eligible to refile a bankruptcy case under Chapter 7 until October 23, 2011, that statement is incorrect. She is eligible to file a bankruptcy case at this time, however, she is barred by 11 U.S.C. § 727(a)(8) from receiving a discharge in a case under Chapter 7 as to a case filed before October 31, 2011.

The court will issue two orders, one to dismiss this case on Debtor's Motion, and the second to request counsel to furnish justification of the fee charged for filing this case.

cc:
Peggy J. Hill, 821 Stratford Way, Apt. A, Frederick, MD 217701
Stanley N. Tashoff, Esq., 702 Russell Avenue, Suite 300, Gaithersburg, MD 20877
Steven H. Greenfeld, Trustee, 7910 Woodmont Avenue, Suite 1103, Bethesda, Md 20814

**End of Memorandum**